1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                   NORTHERN DISTRICT OF CALIFORNIA

7

8   MICHAEL VARTANIAN for YOK HING          No. C-13-2873 EMC
    LAW,
9
            Plaintiff,
10                                          **ORDER STRIKING OPPOSITION**
        v.
11
    ALAMEDA COUNTY SUPERIOR COURT,
12
            Defendant.
13   _____/

14

15

16        On August 5, 2013, this Court issued an order finding that Michael Vartanian, who filed this

17   suit on behalf of Yok Hing Law, may not represent Ms. Law in this matter because he is not an

18   attorney.  Docket No. 17.  The order also stayed this case to provide Ms. Law the opportunity to

19   retain counsel, and adjusted the briefing schedule on two pending motions accordingly.  Several

20   days later, this Court received various materials from Mr. Vartanian, who had apparently sent them

21   before receiving the August 5 order.

22        These materials included a supplementary response to this Court's earlier order to show

23   cause on the question of whether Mr. Vartanian could represent Ms. Law.  Docket No. 23.  This

24   Court has reviewed this filing, and finds that it does not change the analysis or conclusion set forth

25   in the August 5 order.

26        Mr. Vartanian also submitted an opposition to a pending motion to dismiss filed by

27   Defendant State Bar of California.  Docket No. 14 (motion to dismiss); Docket No. 20 (Vartanian's

28   response).  As Mr. Vartanian is not authorized to represent Ms. Law in this matter, the Court hereby

**United States District Court**
For the Northern District of California

**STRIKES** his opposition.  This case remains stayed, and the briefing deadlines are as provided in the August 5, 2013 order.

      IT IS SO ORDERED.

Dated:  August 19, 2013

_____
EDWARD M. CHEN
United States District Judge

**United States District Court**
For the Northern District of California