UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL VARTANIAN for YOK HING LAW, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>ALAMEDA COUNTY SUPERIOR COURT, <br><br>　　　　Defendant. <br>_____/ | No. C-13-2873 EMC <br><br><br>**ORDER STRIKING OPPOSITION** |

　　　　On August 5, 2013, this Court issued an order finding that Michael Vartanian, who filed this suit on behalf of Yok Hing Law, may not represent Ms. Law in this matter because he is not an attorney. Docket No. 17. The order also stayed this case to provide Ms. Law the opportunity to retain counsel, and adjusted the briefing schedule on two pending motions accordingly. Several days later, this Court received various materials from Mr. Vartanian, who had apparently sent them before receiving the August 5 order.

　　　　These materials included a supplementary response to this Court's earlier order to show cause on the question of whether Mr. Vartanian could represent Ms. Law. Docket No. 23. This Court has reviewed this filing, and finds that it does not change the analysis or conclusion set forth in the August 5 order.

　　　　Mr. Vartanian also submitted an opposition to a pending motion to dismiss filed by Defendant State Bar of California. Docket No. 14 (motion to dismiss); Docket No. 20 (Vartanian's response). As Mr. Vartanian is not authorized to represent Ms. Law in this matter, the Court hereby

**STRIKES** his opposition. This case remains stayed, and the briefing deadlines are as provided in the August 5, 2013 order.

IT IS SO ORDERED.

Dated: August 19, 2013

_____
EDWARD M. CHEN
United States District Judge